**Sterling DICKENS, Movant,**

v.

**STATE of Missouri, Respondent.**

No. 55448.

Missouri Court of Appeals,
Eastern District,
Division One.

April 25, 1989.

William J. Shaw, Public Defender, Felicia Jones, Asst. Public Defender, Clayton, for movant.

William L. Webster, Atty. Gen., Elizabeth Levin Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

### ORDER

PER CURIAM.

Movant, Sterling Dickens, appeals from the denial of his Rule 27.26 motion (repealed January 1, 1988) after an evidentiary hearing. Movant's conviction was sustained on direct appeal. *State v. Dickens,* 667 S.W.2d 14 (Mo.App.1984).

The judgment of the motion court is affirmed. Rule 84.16(b).